Nathaniel L. Dilger (SBN 196203)
ndilger@onellp.com
Peter R. Afrasiabi (SBN 193336)
pafrasiabi@onellp.com
Joseph K. Liu (SBN 216227)
jliu@onellp.com
**ONE LLP**
23 Corporate Plaza
Suite 150-105
Newport Beach, CA 92660
Telephone:  (949) 502-2780
Facsimile:   (949) 258-5081

*Attorneys for Plaintiff,*
*Haptix Solutions LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| HAPTIX SOLUTIONS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 8:24-cv-00428-JWH-JDE<br>Hon. John W. Holcomb<br><br>**STIPULATION AND DISMISSAL WITH PREJUDICE**<br><br>Amended Complaint Filed: 5/17/24 |

**IT IS HEREBY STIPULATED** by Plaintiff Haptix Solutions, LLC and Defendant Microsoft Corporation (together, the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all of Plaintiff's claims in the above-captioned action are dismissed with prejudice and all of Defendant's counterclaims, if any, in the above-captioned action are dismissed without prejudice, with each Party to bear its own costs and expenses relating to this litigation (including attorney and expert fees and expenses).

Dated: October 16, 2024

**ONE LLP**

By: /s/ Nathaniel L. Dilger
Nathaniel L. Dilger
Peter R. Afrasiabi
Joseph K. Liu

*Attorneys for Plaintiff,*
*Haptix Solutions LLC*

Dated: October 16, 2024

**SIDLEY AUSTIN LLP**

By: /s/ Irene Yang
Irene Yang

*Attorneys for Defendant,*
*Microsoft Corporation*

### ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)

Pursuant to Local Rule 5-4.3.4(2)(i), I, Nathaniel L. Dilger, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: /s/ Nathaniel L. Dilger
Nathaniel L. Dilger